Lawrence R. RAGARD, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5127.

United States Court of Appeals, Federal Circuit.

June 29, 2005.

ORDER

Appellant having paid the initial fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due on or before July 25, 2005.